[No. 46380-6-II.   Division Two.   May 24, 2016.]

WILLIAM MCNEFF ET AL., *Respondents*, v. MARIA JOYCE,
*Appellant*.

Appeal from a judgment of the Superior Court for Wahkiakum County, No. 12-2-00025-4, Michael J. Sullivan, J., entered May 15, 2014. *Affirmed* by unpublished opinion per Bjorgen, C.J., concurred in by Worswick and Lee, JJ.

[No. 46775-5-II.   Division Two.   May 24, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES BROWN, JR.,
*Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 14-1-00648-7, Jennifer A. Forbes, J., entered October 10, 2014. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Bjorgen, C.J., concurred in by Melnick and Sutton, JJ.

[No. 47153-1-II.   Division Two.   May 24, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND LEE
CHANNEL, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 14-1-00898-5, Michael H. Evans, J., entered January 6, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Melnick, J., concurred in by Worswick and Lee, JJ.

[No. 47212-1-II.   Division Two.   May 24, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ELI
MCBEE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-01267-9, Edmund Murphy, J., entered February 20, 2015. *Affirmed* and *remanded with instructions* by unpublished opinion per Sutton, J., concurred in by Johanson and Melnick, JJ.